## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 15 |
| ) | |
| Nortel Networks Corporation, *et al.*, ) | Case No. 09-10164(KG) |
| ) | (Jointly Administered) |
| Foreign Applicants in Foreign Proceedings. ) | |
| ) | **Re: Dkt Nos. 230** |

### ORDER

The Court has considered the Lead Plaintiffs' Motion for Limited Modification of Stay (A) to Allow Service of a Document Preservation Subpoena and (B) to Pursue the Securities Litigation Under 11 U.S.C. Section 1522(c) (the "Motion") (D.I. 230), Objection of Monitor of the Canadian Nortel Group (D.I. 243), Lead Plaintiffs' Reply (D.I. 253), and the arguments of the parties at the hearing on February 26, 2010. For the reasons stated on the record and, in particular, the prejudice to the Debtors who are in the midst of a complex case,

IT IS HEREBY ORDERED that the Motion is DENIED.

Dated: March 2, 2010

KEVIN GROSS, U.S.B.J.