# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 15 |
| Nortel Networks Corporation, *et al.*, | Case No. 09-10164 (KG) |
| Foreign Applicants in Foreign Proceedings | (Jointly Administered) |
| Kien Chen and Moreno Minto, Appellants, | |
| v. | Civil Action No. 10-314-LPS |
| Ernst & Young Inc., Appellee. | **RE: Dkt. Nos. 18, 19 and 21** |

## APPELLEE ERNST & YOUNG INC.'S NOTICE OF COMPLETION
## OF BRIEFING ON MOTION TO STRIKE

On March 16, 2011, Appellee Ernst & Young Inc. (the "**Appellee**") filed a motion to strike certain portions of the *Errata to Reply Brief of Appellants* filed by the Appellants on March 9, 2011 [Dkt. No. 18] (the "**Motion to Strike**"). In response, the above-captioned appellants (the "**Appellants**") filed their *Opposition to Appellee's Motion to Strike Portions of Errata to Reply Brief of Appellants* on March 29, 2011 [Dkt. No. 21]. Appellee hereby waives its right to file a reply brief, and thus briefing is now completed on the Motion to Strike. Appellee will not be requesting oral argument on the Motion to Strike.

The following filings relate to the Motion to Strike:

1. *Errata to Reply Brief of Appellants* [Dkt. No. 18, Filed: March 9, 2011];

2. *Motion to Strike Portions of Errata to Reply Brief of Appellants* [Dkt. No. 19, Filed: March 16, 2011]; and

3. *Opposition to Appellee's Motion to Strike Portions of Errata to Reply Brief of Appellants* [Dkt. No. 21, Filed: March 29, 2011].

Dated: Wilmington, Delaware
April 4, 2011

                        ALLEN & OVERY LLP

                        Ken Coleman
                        1221 Avenue of the Americas
                        New York, New York 10020
                        Telephone (212) 610-6300
                        Facsimile (212) 610-6399
                        ken.coleman@allenovery.com

                        -and-

                        BUCHANAN INGERSOLL & ROONEY PC

                        By: /s/ Mary F. Caloway
                        Mary F. Caloway (No. 3059)
                        Mona Parikh (No. 4901)
                        1105 N. Market Street
                        Suite 1900
                        Wilmington, Delaware 19801
                        Telephone (302) 552-4200
                        Facsimile (302) 552-4295
                        mary.caloway@bipc.com
                        mona.parikh@bipc.com

                        *Attorneys for Appellee Ernst & Young Inc., as Monitor and Foreign Representative of the Canadian Nortel Group*